NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1313
(Cancellation No. 92/047,008)

AMERICAN RICE, INC.,

Appellant,

v.

DUNMORE PROPERTIES S.A.,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

O R D E R

Upon consideration of American Rice, Inc.'s unopposed motion for leave to include motions for extensions of time in the joint appendix,

IT IS ODERED THAT:

The motion is granted.

FOR THE COURT

SEP - 2 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Michael S. McCoy, Esq.
Simor L. Moskowitz, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK